470 A.2d 1023

Commonwealth v. Alvarado, Appellant.

Petition for Allowance of Appeal
Denied Oct. 25, 1984.

Submitted March 31, 1982. Moira Dunworth, for appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, McEWEN and POPOVICH, JJ.

The order of the learned Philadelphia County Common Pleas Court Judge Edward J. Blake is affirmed.